# **EXHIBIT B**

(EXCERPTS OF MESSAGES EXCHANGED BETWEEN OMAR ALKATTOUL AND INDIVIDUAL-2 RETRIEVED FROM ALKATTOUL'S CELL PHONE)



*Figure 1.*

*Figure 2-a*



*Figure 2-b*



*Figure 3-a*



*Figure 3-b*



*Figure 4-a*



*Figure 4-b*



*Figure 5*



Figure 6



Figure 7